UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re

Robin May Lawler
Debtor(s)

Case No. 18-10021

Chapter 13

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ___ Involuntary/Voluntary Petition *[Specify reason for amendment:* _____*]*
  *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]**
- ___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ___ Schedule A/B - Property
- ___ Schedule C - The Property You Claim as Exempt
- ___ Schedule D -- Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ✓ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *( $31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ✓ Creditor(s) added    ___ Creditor(s) deleted
  - ___ Change in amounts owed or classification of debt
  - ___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - ___ Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7** -- only file Schedule of Unpaid Debts.
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H -- Your Codebtors
- ___ Schedule I -- Your Income
- ___ Schedule J -- Your Expenses

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 -- Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]

- ___ Statement of Financial Affairs
- ___ Statement of Intention for Individuals Filing Under Chapter 7
- ___ Chapter 11 List of Equity Security Holders
- ___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ___ Attorney's Disclosure of Compensation
- ___ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: United Consumers Inc; US Dept of Treasury, Bureau of Fiscal Service; Public Storage; Neuroscience Consultants PLC, US Trustee

Date: Feb 06, 2018

Robin Lawler
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:
Mailing Address: 20611 Morningside Terrace
Sterling, VA 20165
Telephone No.: 571-762-9602

[amendcs ver. 12/16]

Fill in this information to identify your case:

Debtor 1: **Robin May Lawler**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **Eastern** District of **Virginia**

Case number (If known): **18-10021**

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**2.1**
Priority Creditor's Name: **US Dept of Treasury Bureau of Fiscal Service**
Number Street: **PO Box 830794**
City: **Birmingham** State: **Alabama** ZIP Code: **35283-0794**

Last 4 digits of account number: **0 2 4 9**
When was the debt incurred? **May 2017**

Total claim: **$7,131.17**  Priority amount: $____  Nonpriority amount: $____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**
Priority Creditor's Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

Last 4 digits of account number: ____  $____  $____  $____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 1 of ___

Debtor 1 **Robin May Lawler**    Case number (if known) **18-10021**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: **Public Storage**
Number Street: **21360 Gentry Drive**
City State ZIP Code: **Sterling VA 20166**

Last 4 digits of account number **3 0 9 4**
When was the debt incurred? **Dec 2017**

Total claim: **$500 approx**

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **monthly storage fees 2 months**

**4.2**
Nonpriority Creditor's Name: **Neuroscience Consultants**
Number Street: **PO Box 79429**
City State ZIP Code: **Baltimore, Md 21279-0429**

Last 4 digits of account number **0 0 0 1**
When was the debt incurred?

$ **54.61**

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **medical bills**

**4.3**
Nonpriority Creditor's Name:
Number Street:
City State ZIP Code:

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

$

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1 __Robin May Lawler__   Case number (if known) __18-10021__
         First Name  Middle Name  Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name: __United Consumers, Inc__ | On which entry in Part 1 or Part 2 did you list the original creditor? __multiple Reston Hospital, EMA, Reston Radiology__ |
| Number/Street: __PO Box 4466__ | Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| City/State/ZIP: __Woodbridge, VA 22194-4466__ | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number __1 5 4 0__ |

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name: _____
Number Street: _____
City State ZIP Code: _____

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1  Robin May Lawler     Case number (if known) 18-10021

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. +$ 0 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 7,131.17 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. +$ 554.61 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 554.61 |

**Fill in this information to identify your case:**

Debtor 1: Robin M Lawler

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of VA

Case number (if known): 18-10021

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x *Robin Lawler*                    x _____
Signature of Debtor 1                Signature of Debtor 2

Date 02/06/2018                      Date _____

Official Form 106Dec            Declaration About an Individual Debtor's Schedules