IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**FILED**

2018 DEC 11 P 3: 07

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ROBIN MAY LAWLER** | ) | Case No. 18-10021 |
| | ) | |
| Debtor. | ) | |
| | ) | |

# MOTION FOR ORDER ~~TO SHOW CAUSE~~ *cmc* ~~FOR~~ REPEATED WILLFUL CONTEMPT OF AUTOMATIC STAY AND DISCHARGE INJUNCTION AGAINST PUBLIC STORAGE, PS ORANGECO INC, DEVIN MORENO, & GRETA KATZ

## INTRODUCTION

1.  This action seeks redress for the unlawful and intentional practices committed by the parties, Public Storage (office located in Sterling, Va), it's parent company PS Orangeco Inc, Regional Manager Devin Moreno and corporate counsel Greta Katz in repeatedly willfully and wantonly violating this Court's Automatic Stay Order of January 3, 2018 and the Discharge Injunction of November 28, 2018 the Debtor. They did so in a concerted manner by continuously sending her bills via email and US Mail for debt and late fees for January 1, 2018, by changing the locks on her rental unit and blocking her access code multiple times (including before the end of January and twice in February of 2018). They sent multiple default and foreclosure demands via certified mail, one of which was not received until after the date the letter had listed for an auction of her belongings had passed. Debtor made multiple videos of her personal contact with multiple employees of Public Storage, including Devin Moreno, in which she repeatedly told them that she was in bankruptcy, that all they had to do to receive payment was to file a proof of claim, that they could not take the actions they were taking, that she was disabled and that by denying her access to her facility, they were denying her access to her medical equipment (amongst other things) that were stored inside. Each time, they acknowledged understanding those factors.

Debtor was told multiple times that they would be filing a proof of claim, yet never did, forcing her to do so. Despite all of this, their collection and harassment actions were repeated multiple times and continued well into April of 2018, at which point, in agreement for Debtor not seeking sanctions, Corporate Counsel Greta Katz agreed to grant Lawler free rent through April 30, 2019. As Debtor no longer owed Public Storage upon the date of conversion of her Chapter 13 into a Chapter 7, August 17, 2018, she did not list any new debt to them, but the Clerk did forward copies of all documents to Public Storage, including but not limited to the Discharge Injunction, dated November 28, 2018. On December 6, 2018, Public Storage emailed a demand of over $1,500.00 in late rent when none was owed. Debtor immediately notified corporate counsel Greta Katz, who had drafted the aforementioned settlement, who proceeded to insist that they had never received bankruptcy documents, until Debtor informed her that the Clerks Office had insured her they had sent the documents to all creditors in the mailing matrix. Only at that point did Katz acknowledge actually receiving the Court's orders and insisted that she was simultaneously zeroing any debt the computer system said Lawler owed and that they would honor the agreement of free rent through April 30, 2018. She informed Lawler that she would get back to her within the day. While Katz never kept that promise, within approximately an hour after the phone call ended on December 6, 2018, Debtor Lawler received another email from Public Storage, this time with the third default and foreclosure notice, demanding in part that Lawler pay within 10 days over $1500 partially for specific debt they claim (wrongly) was owed on June 1, 2018 or face foreclosure and auction of her belongings, most of which she had just moved into the unit on August 25, 2018 in anticipation of an immediate move and just before sustaining a debilitating traumatic brain injury hitting her head during the moving process. Facing the possible loss of almost all of her belongings including necessary medical equipment, the physical incapacity to

move anything, the mental trauma of trying to fight them again or lose everything she had left,

and the financial inability to pay their ransom, Debtor suffered a prolonged extreme panic attack

and migraine, needing to seek emergency treatment. Lawler repeatedly told this to the staff at the

location in Sterling, Moreno and Katz, explaining she was fully disabled and was suffering from

panic attacks. and even though Katz has stated no monies would be due until May of 2019, their

online system currently states $298.00 is owed by January 1, 2019. Upon learning all of this,

Debtor checked the public comments about Public Storage and found many people, including in

this jurisdiction this month, who claim fraudulent billing and seizure practices and dozens of

people risking to seek class action status. Despite the fact that Public Storage has over 2600

locations and has been in business since 1972, and presumably has had a great deal of experience

dealing with clients filing bankruptcy, they claim to have no way to track it in their system. Thus,

after all of these violations, Debtor Lawler fully believes that this behavior will continue unabated

towards her and in other bankruptcy cases across the country without direct intervention of this

Court.

## JURISDICTION

2.  Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of

the United States Code in that this proceeding arises in and is related to the above captioned

Chapter 13 case under Title 11 and concerns property of the Debtor in that case.

3.  This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section

1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States

Code. Bankruptcy court had power to enter monetary sanctions against creditor for civil contempt

for; civil contempt proceedings arising out of core matters are themselves core matters.

Bankr.Code, 11 U.S.C.A. § 105; 28 U.S.C.A. § 157. Civil contempt proceedings arising out of

core matters are themselves core matters. See Better Homes of Va., Inc., 804 F.2d at 292; Haile v.

New York State Higher Educ. Servs. Corp., 90 B.R. 51, 54 (W.D.N.Y. 1988); Kellogg v. Chester,

71 B.R. at 38; In re Stephen W. Grosse, P.C., 84 B.R. at 386; In re Miller, 81 B.R. at 677; but see

In re Sequoia Auto Brokers, Ltd., 827 F.2d at 1289; Omega Equip. Corp. v. John C. Louis Co. (In

re Omega Equip. Corp.), 51 B.R. 569, 574 (D.D.C. 1985).

4.  This matter is primarily a core proceeding and therefore the Bankruptcy Court has jurisdiction to

    enter a final order. However, in the event this case is determined to be a non-core proceeding,

    then and in that event, the Debtor consents to the entry of a final order by the Bankruptcy Judge.

5.  Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

### PARTIES

6.  Debtor is the Debtor in the underlying Chapter 7 bankruptcy (converted from Chapter 13 in

    midAugust 2018), and resides in Sterling, Virginia.

7.  The exact storage facility of Public Storage referred to herein is also located in this Courts

    jurisdiction, at 21360 Gentry Drive, Sterling Virginia 20164.

8.  The parent company of the aforementioned particular storage facility is a foreign corporation,

    registered to conduct business in the Commonwealth of Virginia: PS Orangeco, Inc. It states that

    it has 2,600 locations in the United States and is located at 701 Western Avenue Suite 200,

    Glendale, California 91201.

9.  Devin R Moreno is the corporation's district manager and operates out of an office located at

    7150 Fullerton Road, Springfield, Va 22150

10. Greta Katz is the Litigation & Operations Counsel for Public Storage and operates out of the

    corporate office located at 701 Western Avenue, Glendale CA 91201

### FACTS

11. On January 3, 2018, Debtor sought protection from her creditors by filing a voluntary Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Virginia. Lawler requested a conversion of her case to a Chapter 7 on August 18, 2018, and the order was entered on August 20, 2018 and mailed to all creditors in the mailing matrix.

12. On her way back from filing the case, Lawler stopped by the office of the Public Storage on January 3, 2018 and notified the staff that she had filed bankruptcy, that they would be receiving multiple documents in the mail, and that they needed to file a proof of claim. Debtor believes she spoke to office manager "Perla"

13. In the schedules filed with the petition in this case and on the master mailing matrix filed with the Clerk of this Court, Debtor listed that office of Public Storage in Sterling, Va. Bankruptcy Documents were served at that location by both the Debtor and the Clerk, and "Perla" is on video acknowledging receipt.

14. On or about January 4, 2018, the Bankruptcy Noticing Center certified that it had sent notice of Debtor's bankruptcy to all creditors, including the aforementioned defendants.

15. There was no notice of Undeliverable Address or Returned Mail sent to the Court.

16. On January 8, 2018, Public Storage emailed Debtor, demanding payment of $248 and late fees of $59.60 for a total of $307.60. **See Exhibit #1.**

17. Between January 8-12, 2018, Debtor again made a trip to the Sterling location, informed them that they needed to file the proof of claim, that that debt would be paid through the Trustee. Again this was acknowledged.

18. At 12:33PM on January 12, 2018, Public Storage again emailed her with a demand for the rent and late fees of January 1, 2018. **See Exhibit #2. Debtor then immediately contacted them again that they were violating the stay.**

19. At 13:33PM on January 12, 2018, Public Storage emailed Debtor Lawler again, acknowledging the bankruptcy with the subject line "Your bankruptcy status" **See Exhibit #3**

20. On January 12, 2018, Public Storage was again notified of the bankruptcy when Debtor mailed him her "Debtor's Motion for Entry of an Order (1) Extending Time to File Schedules and Statements

of Financial Affairs, (II) Continuing the Meeting of Creditors for Four to Six Weeks, and (III) Granting Related Relief", in which she outlined her pressing health concerns.

21. Debtor has been disabled with multiple disabling conditions since April of 2007, including but not limited to conditions that require she be exposed to very little stress, such as Lyme Disease and panic disorder/PTSD. A judge with the Social Security Administration Disability Determination has provided a written order determining Debtor to be fully disabled.

22. Lyme Disease is an autoimmune condition, and due to having such a condition, the use of steroids can be dangerous and trigger illness. In the spring of 2017, after several other treatments for her newly herniated lumbar discs were ineffective for half a year, Debtor and her doctors consulted and decided the risk of steroid shots into her spine to relieve the pain would be worth it. It was a bad gamble, as Debtor quickly got incredibly sick and did not improve until the following February, after this bankruptcy was filed.

23. During that period, the doctors suspected a separate automatically disabling condition, Meniere's Disease (also known as Vertigo), had started and was exasperated by high stress levels.

24. Towards the end of January of 2018, facing dizziness and vertigo, Debtor stopped by Public Storage to get needed medical equipment only to find that her access code was suspended to get in the gate, and then discovered that an additional lock had been added, preventing her from accessing it.

25. Lawler then told them she was getting very upset and that they were breaking the law. Shortly thereafter, Public Storage reinstated her access to the facility and took the locks off. See **Exhibit #4**

26. On February 12, 2018, Debtor received a notice of a certified letter from Public Storage But was not able to retrieve it (upon information and belief, it was still on the mail truck), so she went immediately to Public Storage and videoed the conversation. They were again asking for January's rent, and Lawler was assured they would be filing a proof of claim.

27. Later in the month, LAWLER's roommate informed her that access to the facility was once again blocked, presumably for lack of payment. During this period, Lawler had never received a bill that did not include debt that was covered by the Stay. Once again, on February 21, 2018, Public Storage again emailed her to reinstate her access See **Exhibit#5**

28. On April 11, 2018, Debtor received a certified letter from the corporate office of Public Storage demanding payment of a late fee for the unpaid rent from January 1, 2018 and stating that an auction

would take place of her belongings at 9:00am on March 30, 2018, two weeks earlier! **See Exhibit #6 At this point, Public Storage still had not filed a proof of claim.**

29. The day before, Public Storage had sent Debtor another email also demanding payment that included that same late fee **See Exhibit #7**

30. Lawler went to the Sterling facility of Public Storage multiple times on April 11, 2018, in a dead panic that all of her items were sold. She videoed her conversations with the staff and had to be taken to her unit to see that the items were not sold. An additional lock was once again removed.

31. Debtor has repeatedly told reps from Public Storage, including Moreno, that they just needed to file the claim, and that in the meantime, she would not be paying funds while they still said she owed late fees as those funds would only be applied towards the late fee, and they stated they agreed and would file the claim.

32. Despite this, they again blocked access and placed a bolt on her gate on or about April 20, 2018, only to have to once again restore it. **See Exhibit #8**

33. Having had enough, Lawler demanded contact with the legal department, believing that unless she threatened a Show Cause Order, the harassment would absolutely continue.

34. She also felt compelled to file a proof of claim on their behalf at the very last minute to at least insure the Trustee would make the back payments but was not sure of what exactly was rightfully owed. Public Storage received mailed notice of that as well. She did this hoping it would stop the harassment and cut her anxiety.

35. Lawler then spoke repeatedly with Greta Katz, identified as corporate litigation counsel.

36. Katz claimed to have not known of the bankruptcy. She then stated it was a mere computer error, despite Debtors argument that so many employees knew of the bankruptcy and still took affirmative actions to block her access to her belongings in her unit by blocking her access code and physically personally placing locks on the door.

37. Katz, presumably realizing the legal danger they were in, agreed to credit all overdue payments and to give Lawler free access to the unit until April 30, 2019.

38. On May 12, 2018, the agreement is memorialized as a dollar sum credit in an email sent to Lawler by Public Storage, showing a credit of $3,576.00. **See Exhibit #9**

39. During August of 2018, Debtor faced many health issues and the possible loss of her home of 21 years. She converted the Chapter 13 to a Chapter 7 on August 17, and hurriedly rushed before a scheduled surgery on August 31, rushed to move her belongings into the free storage unit on August

25, 2018. During that move, Lawler sustained a traumatic brain injury for which she is still receiving biweekly constant care. Any tension, fear, anxiety, noise, reading and even light causes agonizing headaches.

40. Public Storage and Katz acknowledge receiving documents from the Clerk of this Court after the conversion.

41. Public Storage never filed any claims or motions challenging discharge.

42. Debtor received a full discharge of all debt up to August 17, 2018 on November 28, 2018.

43. On December 6, 2018, Public Storage sent an email to Lawler not only demanding funds they were never owed as per the settlement agreement but also debts that would have absolutely been discharged. **See Exhibit #10**

44. Lawler then phoned Katz, as previously outlined herein, upon receipt, and spoke for 24 minutes, in which she at first denied any notice and then said all debt was personally eliminated in their system by her during the phone call, again claiming computer error. **See Exhibit #11**

45. At 2:04 PM, Public Storage sent the third default notice to Lawler via email, specifically demanding in part immediate payment of $248.00 rent from August 1, 2018 and that access had been again denied, and if $1,562.10 is not paid within 10 days, all of her items would be sold.

46. As of the date of this filing, there is no guarantee that such a sale will not happen. Lawler has sustained such overwhelming migraines and panic attacks that she had to seek emergency care on Friday night **See Exhibit 12. Lawler has almost all of her belongings and her expensive medical equipment stored in that unit while awaiting a possible move. She has been advised by multiple medical professionals to maintain calm and to rest to recover from her brain injury, much less her other ailments.**

## COUNT #1: WILLFUL AND WANTON REPEATED VIOLATIONS OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTION

47. The above paragraphs are realleged and incorporated herein by reference.

48. Any demands for payments due on Jan 1, 2018 or August 1, 2018 against Robin Lawler after being notified of the automatic stay constitutes a gross violation of 11 USC Section 362(a)(3), as well as this Courts Discharge Order.

49. The stay, which takes effect immediately upon filing a bankruptcy petition, applies nationwide and without notice. See In re A.H. Robins Co., 63 B.R. 986, 988 (Bankr. E.D. Va. 1986) (citing In re Johns-Manville Corp., 57 B.R. 680, 686 (Bankr. S.D.N.Y. 1986)). It stays, among other things, "any

act to collect ... a claim against the debtor that arose before the commencement of the [bankruptcy] case." 11 U.S.C. § 362(a)(6). In a case under chapter 7, the automatic stay remains in effect as to actions against the debtor until the debtor is granted or denied a discharge. See id. § 362(c)(2)(C).

50. Section 524(a)(2) of the Bankruptcy Code imposes an injunction after the issuance of the discharge order "against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as personal liability of the debtor, whether or not discharge of such debt is waived." With respect to dischargeable debts, the discharge injunction serves to replace the automatic stay.

51. Any behavior which would constitute a violation of the automatic stay would also constitute a violation of the discharge injunction once the stay has expired. See In re Mickens, 229 B.R. 114, 117 (Bankr. W.D. Va. 1999) (citing In re Holland, 21 B.R. 681, 688 (Bankr. N.D. Ind. 1982)). Although there is no specific provision for the enforcement of the discharge injunction as there is for the automatic stay in 11 U.S.C. § 362(k), a violation of the discharge injunction may be prosecuted for contempt of court, and appropriate sanctions may be awarded. See In re Jones, 367 B.R. 564, 567 (Bankr. E.D. Va. 2007); In re Gates, Case No. 04-12076, Adversary Proceeding No. 04-1240, 2005 Bankr. LEXIS 2034, at *11 (Bankr. E.D. Va. May 10, 2005); Cherry v. Arendall (In re Cherry), 247 B.R. 176, 186-87 (Bankr. E.D. Va. 2000).

52. 11 U.S.C. Section 362(k) states: "an individual injured by any willful violation of the stay provided by this section shall recover actual damages, including costs and attorney's fees, and, in appropriate circumstances, may recover punitive damages."

53. This Court held in In re Seaton, 462 B.R. 582, 592 (Bankr. E.D. Va. 2011) that a willful violation occurs where Debtor demonstrates that (1) the creditor/Defendant knew of the automatic stay and (2) intentionally performed the actions that violated the stay.

54. Here, the Defendants were repeatedly notified by both the Clerk of this Court and the Debtor of this pending bankruptcy and Defendants' duties thereunder, yet continued efforts to pursue the debts

55. During a period in which her health was already in jeopardy, due directly to the actions of these Defendants, who all had full knowledge of her particular physical and mental health problems. Lawler spent literally weeks trying to resolve the two cases, despite being afforded the benefit of

the stay, spending hours on the phone with the courts, and hours drafting and sending correspondence.

56. As a result of the Defendants' willful and wanton malicious abuse of the automatic stay, Debtor expended what little energy she had solely on these cases, and neglected not only her health, but other cases she had pending that could have resolved her bankruptcy. She also could not even give the bankruptcy itself her undivided attention, and made many many mistakes due to a complete lack of sleep.

57. Debtor suffered actual damages as a result of these illegal actions and communications by these Defendants in the form of extreme panic and fear of ilosing all of her belongings, anger, extreme emotional distress that then adversely affected her health due to underlying autoimmune conditions that require a stressless environment, and a frustration beyond compare, amongst many negative emotions.

58. Defendants contempt of the Automatic Stay has forced Debtor to expend her time and expense to try to engage counsel to enforce the rights guaranteed to her by the Bankruptcy Code.

59. Perhaps most importantly, during the late fall and early winter of 2017-2018, Debtor was incredibly ill, vomiting constantly, dizzy, unable to catch her breath, and needed multiple bags of intravenous fluid on multiple occasions. Several emergency doctors told her they believed she had Meniere's Disease, which is vertigo, and is, in and of itself, disabling. It was absolutely confirmed with incontrovertible testing in late January, and according to all treatment plans, Lawler was to avoid stress to avoid exacerbating the condition. The automatic stay would have afforded her a rest bit to attend to her pressing health needs. Instead, she spent months just trying to be allowed to access her own belongings and medical equipment.

60. The panic Lawler experienced was indescribable.

61. Since the required elements of civil liability under 11 U.S.C 362(k) have been fulfilled, the Defendants are jointly and severally liable to the Debtor for actual damages, punitive damages, and legal fees.

62. If the court so decides, Punitive damages are also warranted because Defendants had an intimate knowledge of Debtor's preexisting serious debilitating health issues and how stress radically adversely affects it, but expressly chose to take those action. A punitive damage award should "be based on the facts and circumstance of the defendant's misconduct." Saunders, 469 F.Supp.2d at 350. Relevant factors considered by courts may include the nature of the creditor's conduct, the degree of

contempt shown for adherence to the law, the nature and extent of harm to the debtor, and the creditor's ability to pay. See Wills v. Heritage Bank (In re Wills),[577 B.R. 670] 226 B.R. 369, 376 at n.8 (Bankr. E.D. Va. 1998). 26 U.S.C.A. § 7433(e) (permitting suits against the IRS for violation of the automatic stay and

the discharge injunction);

63. Violations of the automatic stay are willful if the violator (1) knew of the automatic stay and (2) intentionally committed the violative act, regardless of whether the violator specifically intended to violate the automatic stay. 11 U.S.C.A. § 362(k).

WHEREFORE, with the Defendant's undoubtedly having notice of the bankruptcy and undoubtedly continuing to try to collect the debts and prevent her access to her belongings, the Debtor, having set for her claims for relief against the Defendants, respectfully prays of this Honorable Court as follows:

A.  That the Debtor recover against the Defendants jointly and severally a sum to be determined by the Court in the form actual damages;

B.  That the Debtor recover against the Defendants jointly and severally all reasonable legal fees and expenses;

C.  That the Debtor be awarded punitive damages for the repeated and intentional blatant disregard of multiple orders of this Court, namely the Automatic Stay and the Discharge Order;

D.  That the Debtor have such other and further relief as the Court may deem just and proper.


Respectfully submitted this 11th day of December, 2018:

Robin M. Lawler
20611 Morningside Terrace
Sterling, Virginia 20165
Tel: (571) 762-9602
Email: bubba1bubba2@icloud.com
*Pro Se* Debtor/Debtor

## CERTIFICATE OF SERVICE

I swear under penalty of perjury that on or before December 11, 2018, I forwarded a true copy of the foregoing by US mail and/or fax to:

1.  Public Storage
    21360 Gentry Drive
    Sterling Virginia 20164
2.  PS Orangeco, Inc
    701 Western Avenue Suite 200

Glendale, California
3. Greta Katz
701 stern Avenue Suite 200
Glendale, California
4. Devin Moreno
7150 Fullerton Road
Springfield, Virginia 22150

Robin Lawler

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**_Alexandria_    Division**

In re: _Robin M Lawler_                    Case No. 18-10021

Debtor(s)                                  Chapter 7

---

Plaintiff(s)                               Adversary Proceeding No.

v.

Defendant(s)

**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1**

Document Title: Motion for Order to Show Cause for Repeated Willful Contempt of Automatic Stay & Discharge

Date Document Filed: 12/10/18

Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

FILED
2018 DEC 11 P 3 01
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Robin Lawler
_____        _____
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

Robin Lawler
_____        _____
Signature of Pro Se Party              Signature of Pro Se Party

Executed on: DEC 11, 2018    (Date)

[2090edva ver. 09/17]

**From: Public Storage**

DoNotReply@pu...

**Subject: You've missed a storage payment**

**Date: Jan 8, 2018 at 11:41:02 AM**

**To: bubba1bubba2@icloud.com**

 **Your account has a payment that's past due.**

Hi Robin.

As of (1/8/2018), your account balance of $307.60 has become past due and a late fee has been applied. Please note that charges and fees may continue to accrue until full payment is made.



**Your Account**
Details

Details

# ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

## Balance Due Details

**STORAGE LOCATION:** 21360 Gentry Dr
Sterling, VA 20166

**SPACE NUMBER:** A036

**SPACE** 10x20

SIZE:

## TOTAL DUE: $307.60

|  | PAST DUE/DUE NOW | DUE NEXT 02/01/2018 |
|---|---|---|
| RENT | $248.00 | $298.00 |
| LATE FEES | $59.60 | $0.00 |
|  | **$307.60** | **$298.00** |

TOTAL

Glad to have you with us,

**Your Public Storage Team**

# We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the property, change your move-in date,

or access helpful information before you move in.

Update your contact information and your email notification preferences.

**Public Storage**    CONNECT   f  ✉  ⬚  ⓟ  ▭  ⬚  ⅋ BLOG

Please do not reply to this email; it will not
get through. If you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Terms & Conditions  |
Contact Us

**Public Storage**

DoNotReply@publicstorage.com

Subject: **Your upcoming storage payments**

Date: **Jan 12, 2018 at 12:33:29 PM**

To: **bubba1bubba2@icloud.com**

 **Here is your Monthly Storage Invoice.**

Hi Robin.

Thanks for choosing Public Storage! As a friendly reminder, your storage invoice for rental period 02/01/2018 to 02/28/2018 is now available for payment. If your account is set up for AutoPay, your payment will be automatically processed.



EXHIBIT

2

Your Account

Your Account
Details

## ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

Balance Due Details

**STORAGE LOCATION:** 21360 Gentry Dr
Sterling, VA 20166

**SPACE NUMBER:** A036

**SPACE** 10x20

**SIZE:**

**Current Balance**

**Monthly Charges**

| | |
|---|---|
| Monthly Rate: | $298.00 |
| Rent Discount: | $0.00 |
| Rent Tax: | $0.00 |
| Insurance: | $0.00 |
| **Monthly Total:** | **$298.00** |

Current Balance: (as of 01/11/2018)    $307.60

Charges for Rental Term: ( 02/01/2018 to 02/28/2018)    $298.00

**Total Due:**    **$605.60**

TOTAL DUE: $605.60

**PAST    DUE NEXT**

| | DUE/DUE NOW | 02/01/2018 |
|---|---|---|
| RENT | $248.00 | $298.00 |
| LATE FEES | $59.60 | $0.00 |
| TOTAL | $307.60 | $298.00 |

Glad to have you with us,

**Your Public Storage Team**

**We've made it easy to do everything you want online**

Make a payment, view your transaction history,

Access your gate code, manage your insurance coverage,

or sign up for AutoPay and never forget a payment.

or schedule a move-out date.

Get directions to the property, change your move-in date, or access helpful information before you move in.

Update your contact information and your email notification preferences.

**Public Storage**
DoNotReply@PublicStorage.com

**Subject:** **Your bankruptcy status**
**Date:** Jan 12, 2018 at 3:33:30 PM
**To:** bubba1bubba2@icloud.com

 **We've received notice of bankruptcy proceedings that may affect your account.**

Hi Robin,

We want you to be aware we've received notice of pending bankruptcy proceedings that could affect your account. Once we verify the status of the proceedings, we will contact you about what steps you should take. if any.

• Your location manager is available to help answer any questions you might have, so



EXHIBIT
3

feel free to give a call at                              .

## Your Account Details

## ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

**ADDRESS:** 20611 Morningside Ter
Sterling, VA 20165-3566

| **LOCATION DETAILS:** | **OFFICE HOURS:** |
|---|---|
| 21360 Gentry Dr Sterling, VA | Monday - Friday: 9:30 AM - 6:00 PM Saturday/Sunday: 9:30 AM - 5:00 PM |

20166
(703)
433-2092

Glad to have you with us

**Your Public Storage Team**

**Public Storage**    CONNECT  f  🐦    ⊕ ⬚ 📷 ✦ BLOG

Please do not reply to this email; it will not get through. If you'd like to reach us please contact your location manager or visit PublicStorage.com. Thanks!

The information contained in this email message is confidential and intended only for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com ǀ U.S. Locations ǀ
Privacy Policy ǀ Terms & Conditions ǀ
Contact Us

From: **Public Storage**
DoNotReply@PublicStorage.com

Subject: **Your Public Storage access**

Date: **Feb 2, 2018 at 4:33:41 PM**

To: **bubba1bubba2@icloud.com**

 **Your gate code has been activated.**

Hi Robin,

Here is the gate code that you'll need to access your storage space. The code is: 692200. Please keep this information in a safe place.

Glad to have you with us.

**Your Public Storage Team**



EXHIBIT

4

**Your Account**

Details

Details

# ROBIN LAWLER

**ACCOUNT NUMBER:** 2442309~

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

## STORAGE SPACE

**STORAGE LOCATION**
21360 Gentry Dr

Sterling, VA 20166
(703) 433-2092

**OFFICE HOURS**
Monday - Friday:
9:30 AM - 6:00 PM

Saturday/Sunday:
9:30 AM - 5:00 PM

**GATE HOURS**

## SPACE NUMBER
A036

Monday - Friday:
6:00 AM - 9:00 PM
Saturday/Sunday:
6:00 AM - 9:00 PM

## We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the

Update your contact information and your

roperty, change              email notification

our move-in date,         preferences.

r access helpful

information before

you move in.

Public Storage    CONNECT    f  🐦  ▣  ⑥  ⊙  ▤    BLOG

Please do not reply to this email; it will not
get through. If you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Terms & Conditions  |
Contact Us

Contact Us

**SPACE NUMBER**
A036

Monday - Friday:
6:00 AM - 9:00 PM
Saturday/Sunday:
6:00 AM - 9:00 PM

## We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the

Update your contact information and your

property, change          email notification

your move-in date.        preferences.

access helpful

information before

you move in.

**Public Storage**    CONNECT

Please do not reply to this email; it will not
get through. If you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Terms & Conditions  |
Contact Us

From: **Public Storage**
DoNotReply@PublicStorage.com
Subject: **Your Public Storage access**
Date: **Feb 21, 2018 at 3:16:29 PM**
To: **bubba1bubba2@icloud.com**

 **Your gate code has been activated.**

Hi Robin.

Here is the gate code that you'll need to access your storage space. The code is: 692200. Please keep this information in a safe place.

Glad to have you with us.
**Your Public Storage Team**



**EXHIBIT**
5

**Your Account**
**Details**

Details

# ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

## STORAGE SPACE

**STORAGE LOCATION**
21360 Gentry Dr

Sterling, VA 20166
(703) 433-2092

**OFFICE HOURS**
Monday - Friday:
9:30 AM - 6:00 PM

Saturday/Sunday:
9:30 AM - 5:00 PM

**GATE HOURS**

# Dulles Town Center

### April 11  3:41 PM

703-433-2092

LIVE

9207 1924 0060 0119 9940 96

Robin Lawler
20611 Morningside Ter
Sterling, VA 20165-3566

| Description | |
|---|---|
| Late Fees | |
| Rent | $298.00 |
| Lien Fee | $62.50 |
| Late Fees | $9.60 |
| **TOTAL DUE** | $369.70 |

Please note that charges and fees may continue to accrue up until the time of the sale. This balance does not include amounts owed for any insurance coverage that may apply. If you purchased storage insurance, it may have lapsed and you must visit the storage facility to reinstate it.

The Owner hereby demands full payment for all charges due within 20 days after the mailing date of this Notice. **UNLESS YOU PAY THE FULL AMOUNT DUE WITHIN THE TIME PERIOD STATED, THE PERSONAL PROPERTY IN THE STORAGE SPACE WILL BE ADVERTISED FOR PUBLIC SALE, OR OTHER DISPOSITION, AND WILL BE SOLD AT PUBLIC AUCTION AT THE STORAGE FACILITY, OR OTHERWISE DISPOSED OF, ON 03/30/2018 AT 9:00 AM.**

partial payment will not

EXHIBIT

6

From: **Public Storage**
DoNotReply@publicstorage.com
Subject: **You've missed a storage payment**
Date: Apr 10, 2018 at 11:59:47 AM
To: **bubba1bubba2@icloud.com**

## ⊙ Your account has a payment that's past due.

Hi Robin.

As of (4/10/2018), your account balance of $1,194.90 has become past due and a late fee has been applied. Please note that charges and fees may continue to accrue until full payment is made.



## Your Account
Details

Details

## ROBIN LAWLER

## ACCOUNT
## NUMBER:    24423094

## PHONE:    (571) 762-9602

## EMAIL:    bubba1bubba2@icloud.com

Balance Due Details

## STORAGE    21360 Gentry Dr
## LOCATION:    Sterling, VA 20166

## SPACE    A036
## NUMBER:

## SPACE    10x20
SIZE

SIZE:

## TOTAL DUE: $1,194.90

|  | PAST DUE/DUE NOW | DUE NEXT 05/01/2018 |
|---|---|---|
| RENT | $894.00 | $298.00 |
| LATE FEES | $238.40 | $0.00 |
| LIEN FEE | $62.50 | $0.00 |
| TOTAL | **$1,194.90** | **$298.00** |

Glad to have you with us,

**Your Public Storage Team**

We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the property, change

your move-in date, or access helpful information before

Update your contact information and your email notification preferences.

you move in.

**Public Storage**   CONNECT   f  🐦  📷  ⓟ  ▢  🔗  🔗 BLOG

Please do not reply to this email; it will not
get through.  f you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Accessibility  |
Terms & Conditions  |  Contact Us

From: **Public Storage**

DoNotReply@PublicStorage.com

Subject: **Your Public Storage access**

Date: **Apr 20, 2018 at 1:45:37 PM**

To: **bubba1bubba2@icloud.com**

 **Your gate code has been activated.**

Hi Robin,

Here is the gate code that you'll need to access your storage space. The code is: 692200. Please keep this information in a safe place.

Glad to have you with us.
**Your Public Storage Team**



EXHIBIT

8

## Your Account

Details

Details

# ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

## STORAGE SPACE

**STORAGE LOCATION**
21360 Gentry Dr

Sterling, VA 20166
(703) 433-2092

**OFFICE HOURS**
Monday - Friday:
9:30 AM - 6:00 PM

Saturday/Sunday:
9:30 AM - 5:00 PM

**GATE HOURS**

## SPACE NUMBER
A036

Monday - Friday:
6:00 AM - 9:00 PM
Saturday/Sunday:
6:00 AM - 9:00 PM

### We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the

Update your contact information and your

operty, change
our move-in date,
access helpful
information before
you move in.

email notification
preferences.

**Public Storage**   CONNECT   f  🐦  📷  ⊕  ⬜  ▢  ☐  BLOG

Please do not reply to this email; it will not
get through. If you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Accessibility  |
Terms & Conditions  |  Contact Us

**From:** **Public Storage**
DoNotReply@publicstorage.com

**Subject:** Your upcoming storage payments

**Date:** May 12, 2018 at 2:15:24 PM

**To:** bubba1bubba2@icloud.com

 ## Here is your Monthly Storage Invoice.

Hi Robin,

Thanks for choosing Public Storage! As a
friendly reminder, your storage invoice for
rental period 06/01/2018 to 06/30/2018 is
now available for payment. If your account is
set up for AutoPay, your payment will be
automatically processed.



EXHIBIT
9

Your Account

Your Account
Details

# ROBIN LAWLER

**ACCOUNT NUMBER:** 24423094

**PHONE:** (571) 762-9602

**EMAIL:** bubba1bubba2@icloud.com

Balance Due Details

**STORAGE LOCATION:** 21360 Gentry Dr
Sterling, VA 20166

**SPACE NUMBER:** A036

**SPACE** 10x20

**SIZE:**

**Current Balance**

Current ($3,576.00)
Balance:

**Monthly Charges**

Monthly Rate: $298.00 (as of 05/11/2018)

Rent Discount: $0.00   Charges for Rental Term: $298.00

Rent Tax: $0.00

Insurance: $0.00   (06/01/2018 to 06/30/2018)

**Monthly Total:** $298.00

**Total Due: ($3,278.00)**

TOTAL DUE: $0.00

|  | PAST DUE/<br>DUE NOW | DUE NEXT<br>01/01/2019 |
|---|---|---|
| RENT | $0.00 | $298.00 |
| TOTAL | $0.00 | $298.00 |

Glad to have you with us,

**Your Public Storage Team**

## We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never

Access your gate code, manage your insurance coverage, or schedule a move-out date

... .. and never        out date.

" a payment.

Get directions to the                ... .. your contact
        ... ... change        .. ... mation and your
... ... move-in date,        ... ... notification
or access helpful        preferences.
information before
you move in.

## Public Storage      CONNECT  f  🐦  📷  ⊙  ▽  📷   SHARE

Please do not reply to this email; it will not
get through. If you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email

message is confidential and intended only
for the recipient to which it was addressed

of the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations
Privacy Policy  |  Accessibility
Terms & Conditions  |  Contact Us

**From:** ROBIN LAWLER
bubba1bubba2@comcast.net

**Subject:** Fwd: You've missed a storage payment

**Date:** Dec 6, 2018 at 1:04:46 PM

**To:** gkatz@publicstorage.com

Sent from my iPhone

Begin forwarded message:

EXHIBIT
10

Your account has a payment that's past

 due.

Hi Robin,

As of (12/6/2018), your account balance of $1,562.10 has become past due and a late fee has been applied. Please note that charges and fees may continue to accrue until full payment is made.

Your Account
Details

# ROBIN LAWLER

## ACCOUNT
## NUMBER:  24423094

## PHONE:  (571) 762-9602

## EMAIL:  bubba1bubba2@icloud.com

## Balance Due Details

## STORAGE
## LOCATION:  21360 Gentry Dr
Sterling, VA 20166

**SPACE NUMBER:** A036

**SPACE SIZE:** 10x20

## TOTAL DUE: $1,562.10

| | PAST DUE/ DUE NOW | DUE NEXT 01/01/2019 |
|---|---|---|
| **RENT** | $1,440.00 | $298.00 |

| | | |
|---|---|---|
| **LATE FEES** | $59.60 | $0.00 |
| **LIEN FEE** | $62.50 | $0.00 |
| **TOTAL** | **$1,562.10** | **$298.00** |

Glad to have you with us,
**Your Public Storage Team**

We've made it easy to do everything you want online

Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

Access your gate code, manage your insurance coverage, or schedule a move-out date.

Get directions to the property, change your move-in date, or access helpful information before you move in.

Update your contact information and your email notification preferences.

Storage _ _ _ _ _ _ _ _ _ _ BLOG

...ase do not reply to this email: it will not
...through. if you'd like to reach us please
contact your location manager or visit
PublicStorage.com. Thanks!

The information contained in this email
message is confidential and intended only
for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com | U.S. Locations |
Privacy Policy | Accessibility |
Terms & Conditions | Contact Us



# Public Storage
# Corporate Office

December 6, 2018

12:44 PM Outgoing Call



EXHIBIT

11

24 minutes

From: ROBIN LAWLER
bubba1bubba2@...........m

Subject: Re: NOTICE OF DEFAULT

Date: Dec 6, 2018 at 2:26:06 PM

To: Public Storage
DoNotReply@publicstorage.com,
gkatz@publicstorage.com,
dmoreno@publicstorage.com

Your call Center Head, "Ally", refused to put me
through to the legal department.

You are in multiple violations of federal court orders
JEST TODAY, after even Katz said she was zeroing
my debt to the the prior settlement agreement.

Contempt of Federal Court.

I need a call IMMEDIATELY AT

Sent from my iPhone

EXHIBIT

12

21360 Gentry Dr
Sterling, VA 20166-6598
(757) 800-1430

**Important
Account
Activity**

Date: 12/6/2018

**Account
Number:**

24423094

**Space Number:**

A036

## NOTICE OF DEFAULT

Robin,

As of today, our records show that you owe and have not paid rent and/or other charges for the use of the storage space at the above address. You are in default under the terms of your rental agreement and have been denied access to the space. The current charges totaling $1,562.10 are itemized as follows:

| Date Due | Description | Amount |
|----------|-------------|--------|
| 08/01/2018 | Rent | $248.00 |
| 09/01/2018 | Rent | $298.00 |
| 10/01/2018 | Rent | $298.00 |
| 11/01/2018 | Rent | $298.00 |

| | | |
|---|---|---|
| 12/01/2018 | Rent | $298.00 |
| 12/06/2018 | Late Fees | $122.10 |
| | Lien Total | $1,562.10 |
| | Insurance* | $0.00 |
| | **GRAND TOTAL DUE** | **$1,562.10** |

IF THE DEFAULT IS NOT RESOLVED WITHIN 10 DAYS AFTER ITS OCCURRENCE, THE OWNER OF THE STORAGE FACILITY MAY PROCEED TO ENFORCE ITS LIEN BY SELLING THE CONTENTS OF YOUR STORAGE SPACE AT PUBLIC AUCTION. The lien total due shown above will continue to

increase at the rates provided in your rental agreement until all amounts due are paid or until the stored personal property is sold. The increased amounts may include late charges and other charges (excluding insurance) related to this notice and to the sale process. Please contact the location manager at the address and telephone number shown above to arrange full payment. Or, you may pay your overdue bill online at                              , by telephone at                    (charges may apply), or in person at any one of our thousands of locations nationwide. Thank you for your prompt attention to this matter.

\*Only with respect to the insurance amount due, the failure to pay this insurance amount due does not impact your right to use the storage space and will not result in an owner's lien being imposed on the stored property. However, failure to pay this insurance amount may result in your insurance being cancelled.

Sincerely,
Public Storage

Public Storage

Please do not reply to this email; it will not

get through. If you'd like to reach us please contact your location manager or visit PublicStorage.com. Thanks!

The information contained in this email message is confidential and intended only for the recipient to which it was addressed.

© 2018 Public Storage. All rights reserved.

PublicStorage.com  |  U.S. Locations  |
Privacy Policy  |  Accessibility  |
Terms & Conditions  |  Contact Us

Patient: ROBIN LAWLER, Sex: F
Date of Service: 12/07/2018 (Log# 192004)
Date of Birth: 03/05/1970 (48 years)
Patient ID: 1140028

**CareNow**
Urgent Care

CareNow
46200 Potomac Run Plaza
Sterling, VA 20164-6622
571-313-5087

## Patient Clinical Summary

Patient: ROBIN LAWLER, Sex: F (ID# 1140028)
Date of Birth: 03/05/1970
Log# 192004 (Room# Exam 03)

*You were seen at CareNow (24960STERL) on Friday, December 7, 2018.*

Your Diagnoses for today's visit are:
- 1. Other muscle spasm
- 2. Panic disorder [episodic paroxysmal anxiety]

**You have been Prescribed the following medications. Please take as instructed.**

## Medication Orders:

- Prescribed: cyclobenzaprine 10mg 1 tablet by mouth Three Times A Day as needed #42 Refills(1).
  Prescribed at 8:14 PM on 12/07/2018
  Prescription attempted to be sent electronically
  Prescription sent to Walmart Pharmacy 2038 Phone: 5714349409 45415 DULLES CROSSING PLAZA STERLING

Recommendations/Plan:
- Please follow up with your personal physician in 3 day(s). Call or return to this clinic if your condition worsens or if you have any concerns.
- Please take medications as instructed , notify clinic if symptoms worsen
  Please rest and keep self hydrated with fluids , report any new or worrisome symptoms to our clinic ASAP .
  Please take medications with food and do not mix meds with alcohol .

Instructions:
- Please read the Exit Care Documents provided:
  - Heat Therapy

**Thank you for allowing us to serve you today.**
**Please call this clinic at 571-313-5087 if your condition changes or you have any concerns.**

You were discharged by Malak K. Isaac, MD on 12/7/2018 8:15:15 PM.



EXHIBIT
13

ient: ROBIN LAWLER, Sex: F
Date of Service: 12/07/2018 (Log# 192004)
Date of Birth: 03/05/1970 (48 years)
Patient ID: 1140028

**CareNow**
Urgent Care

**CareNow**
46200 Potomac Run Plaza
Sterling, VA 20164-6622
571-313-5087

## Patient Clinical Summary

Race: N/A
Ethnicity: N/A
*Preferred Language: N/A*

**Your Reason for visiting us:**

- The patient presents with a chief complaint of back pain of the mid-back since Fri, Dec 07, 2018. It has the following quality: dull. The patient describes the severity as 5/10, with 10 being the worst imaginable. The problem is made worse by movement. The patient also reports joint pain, muscle pain, and sleep difficulties as abnormal symptoms related to the complaint.

**Your Vital Signs recorded during this visit were:**

- Main vitals: Vital signs obtained 12/07/2018 8:08 PM
  Temperature: 98.0 °F (Oral), Pulse: 76 BPM, BP: 130/70 ( Arm [R] ), Respirations: 16/min, O2 saturation: 98%, O2 Delivery: RA, Weight: 200 LBS, Height/Length: 5' 8", BMI: 30.4, Pregnant: No, Breastfeeding: No, Last Menses: Unknown, Menopause: January 2011
  First entered 12/07/2018 20:08 by Dickerson RN, Shalonn

**Your Social History recorded includes:**

- Tobacco Use: Never smoked

**Your Problem List recorded includes:**

- Anxiety disorder, unspecified (status Active)
- Low back pain (status Active)
- Major depressive disorder, single episode, unspecified (status Active)
- Meniere's disease, unspecified ear (status Active)

**Your Symptoms during this visit:**

The following symptoms were marked as negative/normal: change in appetite, chills, fatigue, fever, sweats, weight loss, chest pain/ pressure, fainting, leg swelling, light headedness, loss of consciousness, numbness/ tingling, poor balance, difficulty swallowing, dizziness, hoarseness, mouth pain, sore throat, congestion, cough, shortness of breath, snoring, wheeze, abdominal pain, blood in stool, constipation, diarrhea, nausea, vomiting, swelling, bruising, rash, post-nasal drip.

The following symptoms were marked as positive/abnormal:

- Back pain (see *Reason for visit*)
- Headache
- Anxiety/ Nerves
- Sleep difficulties
- Joint pain
- Muscle pain

**According to our documentation, you are on the following Medications (see also Prescribed medications above):**

- B12:
- Botox:
- doxycycline hyclate: 100 mg tablet by mouth, 1 tablet by mouth twice a day, started Wed, Dec 13, 2017
- ipratropium bromide (bulk): ipratropium bromide (bulk) 2 puff Q4-6h
- meclizine: 25 mg tablet by mouth, 1 tablet by mouth every 6-8 hours as needed (PRN), started Mon, Jan 08, 2018

**CareNow.**
Urgent Care

Patient: ROBIN LAWLER, Sex: F
Date of Service: 12/07/2018 (Log# 192004)
Date of Birth: 03/05/1970 (48 years)
Patient ID: 1140028

CareNow
46200 Potomac Run Plaza
Sterling, VA 20164-6622
571-313-5087

## Patient Clinical Summary

- Tessalon Perles: 100 mg capsule by mouth, 1 capsule by mouth three times a day as needed (PRN), started Mon, Jan 08, 2018
- Tessalon Perles: 100 mg capsule by mouth, 1 capsule by mouth every 6 hours as needed PRN, started Sun, Oct 21, 2018
- Unknown Medication: Flexeril:
- Unknown Medication: Vitamin D:
- Wellbutrin XL: 150 mg tablet by mouth, 1 tablet by mouth daily, started Sat, Sep 09, 2017
- Wellbutrin XL: 150 mg tablet by mouth, 1 tablet by mouth daily, started Wed, Dec 13, 2017
- Xanax:
- Zofran ODT: 4 mg tablet by mouth, 1 tablet by mouth twice a day as needed (PRN), started Sun, Dec 17, 2017
- ZOFRAN ODT: ZOFRAN ODT 4MG 1 TAB TID

According to our documentation, you have the following Allergies:

- epidural : reaction(s): angioedema,
- Levaquin:
- Lidocaine:
- Sulfa (Sulfonamide Antibiotics): drug allergy